FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 MAY 21  PM 1:23

MARGARET BOTKINS, CLERK
CASPER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. _____ |
| v. | Cts. 1-5:  **26 U.S.C. § 7201** |
| | (Tax Evasion) |
| **JAMES W. HAWLEY JR.,** | |
| **a/k/a James W. Hawley,** | |
| Defendant. | |

---

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

1.     The Internal Revenue Service (IRS) is an agency of the United States Department of Treasury and is responsible for administering and enforcing the tax laws of the United States.

2.     At all times relevant to this indictment, **JAMES W. HAWLEY JR., a/k/a James W. Hawley**, was a resident of Wheatland, Wyoming.

### COUNT ONE

3.     Between on or about January 28, 2013, and on or about April 15, 2015, in the District of Wyoming, the Defendant, **JAMES W. HAWLEY JR., a/k/a James W. Hawley**, knowing that he had received taxable income of approximately $417,357 in wages during calendar year 2014 upon which there was income tax due and owing to the United States, failed to file an income tax return with the IRS on or before April 15, 2015, and willfully attempted to evade and defeat the income tax due and owing for the calendar year 2014 by signing, filing, and maintaining an IRS Form W-4 that falsely claimed exemption from income tax withholding.

In violation of 26 U.S.C. § 7201.

### COUNT TWO

4.      Between on or about February 10, 2015, and on or about April 15, 2016, in the District of Wyoming, the Defendant, **JAMES W. HAWLEY JR., a/k/a James W. Hawley**, knowing that he had received taxable income of approximately $466,410 in wages during calendar year 2015 upon which there was income tax due and owing to the United States, failed to file an income tax return with the IRS on or before April 15, 2016, and willfully attempted to evade and defeat the income tax due and owing for the calendar year 2015 by signing, filing, and maintaining an IRS Form W-4 that falsely claimed exemption from income tax withholding.

In violation of 26 U.S.C. § 7201.

### COUNT THREE

5.      Between on or about February 5, 2016, and on or about April 17, 2017, in the District of Wyoming, the Defendant, **JAMES W. HAWLEY JR., a/k/a James W. Hawley**, knowing that he had received taxable income of approximately $401,549 in wages during calendar year 2016 upon which there was income tax due and owing to the United States, failed to file an income tax return with the IRS on or before April 17, 2017, and willfully attempted to evade and defeat the income tax due and owing for calendar year 2016 by signing, filing, and maintaining an IRS Form W-4 that falsely claimed exemption from income tax withholding.

In violation of 26 U.S.C. § 7201.

### COUNT FOUR

6.      Between on or about March 8, 2017, and on or about April 16, 2018, in the District of Wyoming, the Defendant, **JAMES W. HAWLEY JR., a/k/a James W. Hawley**, knowing that he had received taxable income of approximately $442,418 in wages during calendar year 2017 upon which there was income tax due and owing to the United States, failed to file an income tax return with the IRS on or before April 16, 2018, and willfully attempted to evade and defeat the income tax due

and owing for calendar year 2017 by signing, filing, and maintaining an IRS Form W-4 that falsely claimed exemption from income tax withholding.

In violation of 26 U.S.C. § 7201.

## COUNT FIVE

7.      Between on or about March 8, 2017, and on or about April 15, 2019, in the District of Wyoming, the Defendant, **JAMES W. HAWLEY JR., a/k/a James W. Hawley**, knowing that he had received taxable income of approximately $458,501 in wages during calendar year 2018 upon which there was income tax due and owing to the United States, failed to file an income tax return with the IRS on or before April 15, 2019, and willfully attempted to evade and defeat the income tax due and owing for the calendar year 2018 by signing, filing, and maintaining an IRS Form W-4 that falsely claimed exemption from income tax withholding.

In violation of 26 U.S.C. § 7201.


A TRUE BILL:


*Ink signature on file in the Clerk's Office*
FOREPERSON


MARK A. KLAASSEN
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**        **JAMES W. HAWLEY JR., a/k/a James W. Hawley**

**DATE:**                 May 19, 2020

**INTERPRETER NEEDED:**   No

**VICTIM(S):**            Yes

**OFFENSE/PENALTIES:**    **26 U.S.C. § 7201**
                         (Tax Evasion)

**Counts 1-5:**  0-5 Years Imprisonment
                $250,000 Fine
                3 Years Supervised Release
                $100 Special Assessment
                Costs Of Prosecution

**Total:**  0-25 Years Imprisonment
           $1.25 Million Fine
           3 Years Supervised Release
           $500 Special Assessments
           Costs Of Prosecution

**AGENT:**                Jacob Rice, IRS-CI

**AUSA:**                 Eric Heimann

**ESTIMATED TIME OF**
**TRIAL:**                1 to 5 days

**WILL THE GOVERNMENT**
**SEEK DETENTION IN THIS**
**CASE:**                 No

**ARE THERE DETAINERS**
**FROM OTHER**
**JURISDICTIONS:**        No